IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01799-WYD-BNB

THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, and
ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

Plaintiffs,

v.

POWER MAINTENANCE INTERNATIONAL, INC.,

Defendant.
_____

**ORDER**
_____

This matter arises in connection with a status report filed plaintiff Hartford Steam Boiler Inspection and Insurance Company ("Hartford") on August 8, 2006.  The status report states that the district judge in a related case (05-cv-01797-WYD-MEH) refused to remand the related case to state court; the automatic bankruptcy stay effecting this case has been lifted; and that the plaintiffs will either dismiss this case or move to consolidate it with the related case on or before October 1, 2006.

IT IS ORDERED that the case is set for a scheduling conference on **October 19, 2006, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall confer and submit a proposed scheduling order consistent with the provisions of D.C.COLO.LCivR App. F on or before **October 16, 2006**.

Dated August 9, 2006.

                                                        BY THE COURT:

                                                        s/ Boyd N. Boland
                                                        United States Magistrate Judge