IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01799-WYD-BNB

THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

 Plaintiff(s),

v.

POWER MAINTENANCE INTERNATIONAL, INC.,

 Defendant(s).

## ORDER

  The parties have filed a Stipulation of Dismissal with Prejudice pursuant to FED. R. CIV. P. 41(1)(1)(ii) of all claims against Defendant Power Maintenance International, Inc. [# 29].  After careful review of the file, the Court has concluded that the stipulation should be approved and that Plaintiffs' claims against the Defendant Power Maintenance International, Inc. should be **DISMISSED WITH PREJUDICE**.

  THEREFORE IT IS ORDERED as follows:

  The  Stipulation of Dismissal with Prejudice pursuant to FED. R. CIV. P. 41(1)(1)(ii) of all claims against Defendant Power Maintenance International, Inc. is **APPROVED**; and that Plaintiffs' claims against Defendant Power Maintenance International, Inc. are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated: October 16, 2006

         BY THE COURT:

         s/ Wiley Y. Daniel
         Wiley Y. Daniel
         U. S. District Judge